| | |
|---|---|
| 1 | BUCHALTER NEMER |
| | A Professional Corporation |
| 2 |     PETER G. BERTRAND (SBN: 87883) |
| |     ROBERT E. IZMIRIAN (SBN: 53805) |
| 3 |     JULIAN W. MACK (SBN: 104662) |
| |     KIM Y. ARNONE (SBN: 184017) |
| 4 | 333 Market Street, 25th Floor |
| | San Francisco, CA 94105-2126 |
| 5 | Telephone No.: (415) 227-0900 |
| | Facsimile No.: (415) 227-0770 |

BUCHALTER NEMER
A Professional Corporation
    PETER G. BERTRAND (SBN: 87883)
    ROBERT E. IZMIRIAN (SBN: 53805)
    JULIAN W. MACK (SBN: 104662)
    KIM Y. ARNONE (SBN: 184017)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone No.: (415) 227-0900
Facsimile No.: (415) 227-0770

JONES DAY
    JASON McDONELL (SBN 115084)
    RODERICK A. MCLEOD (SBN 104694)
    SUSAN Q. HAINES (SBN 224611)
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for
MARVELL SEMICONDUCTOR, INC., Creditor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>JASMINE NETWORKS, INC.<br><br>    Debtor. | Case No. 02-54815-MM<br>Chapter: 11<br><br>Adversary Proceeding No. 06-05195 |
| JASMINE NETWORKS, INC.,<br>Debtor in Possession,<br><br>    Plaintiff,<br><br>v.<br><br>MARVELL SEMICONDUCTOR,<br>INC., a California corporation,<br><br>    Defendant. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS JASMINE'S COMPLAINT**<br><br>Date: January 12, 2007<br>Time: 11:30 a.m.<br>Room: 3070<br>Judge: Hon. Marilyn Morgan |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1054120v1

1

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS – CASE NO. 06-05195

Case: 06-05195    Doc# 27    Filed: 12/04/06    Entered: 12/04/06 19:43:05    Page 1 of 3

Pursuant to Rule 201 of the Federal Rules of Evidence, Creditor Marvell Semiconductor, Inc. ("Marvell"), respectfully requests that the Court take judicial notice of the following documents in connection with its Motion to Dismiss Jasmine's Complaint. In addition to the documents attached hereto, Marvell further requests that the Court take judicial notice of documents on file with the Court, citations to which are noted in the Memorandum of Points and Authorities by docket number.

1. Ruling on Request for Preliminary Injunction, filed in *Jasmine Networks, Inc. v. Marvell Semiconductor, Inc., et al.*, with the Santa Clara County Superior Court, bearing Case No. 1-01-CV-801411, on December 5, 2001; Order Granting Defendant Marvell Semiconductor, Inc.'s (1) Application for Preliminary Injunction, (2) Motion to Seal, (3) Motion to Strike, filed in *Jasmine Networks, Inc. v. Marvell Semiconductor, Inc., et al.*, with the Santa Clara County Superior Court, bearing Case No. 1-01-CV-801411, on December 28, 2001; Order Granting Defendant Marvell Semiconductor, Inc.'s (1) Application for Preliminary Injunction, (2) Motion to Seal, (3) Motion to Strike, filed in *Jasmine Networks, Inc. v. Marvell Semiconductor, Inc., et al.*, with the Santa Clara County Superior Court, bearing Case No. 1-01-CV-801411, on January 7, 2002. True and correct copies are attached hereto as Exhibit 1.

2. Order denying petition for writ of prohibition/mandate of other appropriate relief and motion to unseal, filed in *Jasmine Networks, Inc. and Michael W. Malter v. Superior Court of California, County of Santa Clara*, with the California Court of Appeal, Sixth Appellate District, bearing Case No. H029864, on April 13, 2006. A true and correct copy is attached as Exhibit 2.

3. Order denying petition for review, filed in *Jasmine Networks, Inc. and Michael W. Malter v. Superior Court of California, County of Santa Clara*, with the Supreme Court of California, bearing Case No. S142907, on June 21, 2006. A true and correct copy is attached hereto as Exhibit 3.

4. Transcript of Proceedings for Motion for Order Approving Overbid Procedures and Related Matters Re Right to Become the Majority Stockholder of the Reorganized Company Through the Debtor's Plan of Reorganization, *In re: Jasmine Networks, Inc., Debtor,* U.S. Bankruptcy Court, Northern District of California, San Jose Division, Case No. 02-54815-MM,

dated July 14, 2006. A true and correct copy is attached hereto as Exhibit 4.

5. Letter by Peter G. Bertrand to Santa Clara Superior Court, Judge Huber Re Marvell acquiescing to the dismissal of the contempt proceeding, filed in *Jasmine Networks, Inc. v. Marvell Semiconductor, Inc., et al.*, with the Santa Clara County Superior Court, bearing Case No. 1-01-CV-801411, dated November 28, 2006. A true and correct copy is attached hereto as Exhibit 5.

6. Order re: (1) Jasmine's Motion for Judgment on Pleadings; (2) Jasmine's MIL #1 re McKoewn Declaration; (3) Jasmine's MIL#2 re Koenig Declaration; (4) Jasmine MIL #3 re: Marvell Exhibits; (5) Jasmine's MIL#4 re Timberline Communications; (6) Jasmine's Motion to Quash Notices of Appearance; (7) Marvell's MIL#1 re Julia O' Shea; (8) Marvell's MIL #2 re Marvell Counsel's As Witness; (9) Marvell's MIL#3 re 5/6/05 Bankruptcy Transcripts; (10) Marvel's MIL #4 re Legal Advice after 4/29/05; (11) Marvell's MIL #5 re Kramer Declaration; (12) Marvell's MIL#6 re Court of Appeals Opinion; (13) Marvell's MIL#7 re Stipulated Protective Order; (14) Marvell's MIL #8 re "Figure 7", filed in *Jasmine Networks, Inc. v. Marvell Semiconductor, Inc., et al.*, with the Santa Clara County Superior Court, bearing Case No. 1-01-CV-801411, entered on January 3, 200[6]. A true and correct copy is attached as Exhibit 6.

DATED: December 4, 2006                    BUCHALTER NEMER
                                           A Professional Corporation


                                           By: /s/ Robert E. Izmirian_____
                                               Robert E. Izmirian
                                               Attorneys for MARVELL SEMICONDUCTOR, INC.